

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00695-CR

William Leonard **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4620
Honorable Lorina I. Rummel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 25, 2018.

_____
Irene Rios, Justice